# EXHIBIT C



# Fwd: Resignation
1 message

On Wed, Jun 11, 2025 at 8:31 AM Ryan McConnell <mcconnell.w.ryan@gmail.com> wrote:
> Hello,
>
> I'm resigning from my position as Senior Sales Manager effective immediately.
>
> You agreed to pay back pay for my promotion from May 15th to present for the salary raise from $120,000 to $170,000 a year annually. You agreed to pay a $9000 bonus performance. April commissions have been processed and approved (attached).  I also have an outstanding expense report (attached).
>
> Please, pay the items above that we have agreed upon.
>
> Best,
> Ryan McConnell

**2 attachments**


**2025 04 Ryan (1).xlsx**
63K


**May 31- June 6th Expense report.xlsx**
20K