# EXHIBIT D

Begin forwarded message:

**From:** Alicia Jurney <Alicia@parkerbryanlaw.com>
**Subject: RE: [External]Re: Payment**
**Date:** July 1, 2025 at 3:03:29 PM GMT+2
**To:** Jeff Worley <jworley@ccgpllc.net>
**Cc:** Bret Worley <bret@mcnutraceuticals.com>, John Bell <johnb@risecapco.com>

Jeff:

John has confirmed that all inventory is accounted for. The initial count, which inaccurately showed a discrepancy, was an error by your former employee, Nick. Nothing is missing.

Asterra will not be entertaining a reduction in the amount owed based on any costs associated with Ryan's transition from MCN/MCB to Asterra. Reimbursement for those costs was never agreed to, and it was only requested when your companies were not able to pay the invoices for Asterra's products.

Asterra stands by its calculations. Through today, the total owed by MCN/MCB is $1,607,570.21, consisting of $1,594,968.17 principal and $12,602.04 interest as shown on the attached spreadsheet.

Asterra's patience is running out. MCN/MCB's failure to make any payment in nearly a month and continued stalling show an absence of good faith. Attached are notices to preserve all forms of potential evidence, addressed to you and Bret. I will also be sending notices to preserve today to other individuals who we believe possess relevant, discoverable information.

Unless we reach an agreement on a payment plan for MCN/MCB **and** MCN/MCB begins paying by the end of the week, Asterra will be filing a civil action and seeking restitution through criminal charges.

Alicia Jurney
Lawyer

Parker Bryan Britt Tanner & Jenkins, PLLC
133 Fayetteville Street, Suite 500
Raleigh, NC 27601
Mailing: P.O. Box 1069, Raleigh, NC 27602
Phone: 919.833.3115
Fax: 919.833.3116
Email: alicia@parkerbryanlaw.com

**From:** Jeff Worley <jworley@ccgpllc.net>
**Sent:** Saturday, June 28, 2025 9:38 AM