IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00400-BO

| | |
|---|---|
| MC BOTANICALS LLC and MC NUTRACEUTICALS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTERRA LABS, LLC; RISE CAPITAL, LLC; and RYAN MCCONNELL; <br><br> Defendants. <br><br>_____ <br> ASTERRA LABS LLC, <br> Counter-Plaintiff, <br> V. <br><br> BRET C. WORLEY, JEFFREY A. WORLEY, MC BOTANICALS LLC, MC NUTRACEUTICALS LLC, A COLORADO LIMITED LIABILITY COMPANY, <br> MC NUTRACEUTICALS LLC, A TEXAS LIMITED LIABILITY COMPANY, AND MC GLOBAL HOLDINGS LLC, <br> Counter-Defendants. | **MOTION TO DISMISS COUNTERCLAIMS** |

NOW COME Counterclaim Defendants MC Botanicals, LLC; MC Nutraceuticals LLC, a Texas limited liability company; MC Nutraceuticals LLC, a Colorado limited liability company; MC Global Holdings LLC; Bret C. Worley; and Jeffrey A. Worley, through counsel, who move pursuant to Rule 9 and Rule 12(b)(6)

1

of the Federal Rules of Civil Procedure to dismiss with prejudice counterclaims asserted by Counterclaim Plaintiff Asterra Labs LLC ("Asterra") for failure to state a claim upon which relief can be granted.

Specifically, and without limitation, Counterclaim Defendants move to dismiss for Asterra's failure to plead fraud and related claims with particularity. The grounds for the motion are set forth further in an accompanying memorandum, which is filed contemporaneously and incorporated by reference herein.

[No further text on this page]

This the 15th day of July 2025.

                                                **PARRY LAW, PLLC**

By:   /s/ Amos G. Tyndall
       K. Alan Parry
       State Bar No. 31343
       Amos Tyndall
       State Bar No. 19309
       Jonah Garson
       State Bar. No. 55547
       The Europa Center
       100 Europa Drive, Suite 351
       Chapel Hill, NC 27517
       Phone: 919.913.3320
       Fax: 919.869.2600
       kap@parryfirm.com
       agt@parryfirm.com
       jag@parryfirm.com

       **COUNSEL FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed via the Court's CM/ECF system, which provides email notice to all counsel of record.

Respectfully submitted, this the 15th day of August 2025.

**PARRY LAW, PLLC**

By: <u>/s/ Amos G. Tyndall</u>
     Amos G. Tyndall