IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO: 5:25-CV-400-BO-KS

| | |
|---|---|
| MC BOTANICALS LLC and<br>MC NUTRACEUTICALS LLC, a Texas<br>limited liability company,<br>    Plaintiffs,<br><br>v.<br><br>ASTERRA LABS LLC,<br>RISE CAPITAL LLC, and<br>RYAN MCCONNELL,<br>    Defendants.<br><br>ASTERRA LABS LLC,<br>    Counter-Plaintiff,<br><br>v.<br><br>BRET C. WORLEY,<br>JEFFREY A. WORLEY,<br>MC BOTANICALS LLC,<br>MC NUTRACEUTICALS LLC, a<br>Colorado limited liability company,<br>MC NUTRACEUTICALS LLC, a Texas<br>limited liability company, and<br>MC GLOBAL HOLDINGS LLC,<br>    Counter-Defendants. | **ASTERRA LABS LLC'S<br>MOTION FOR ENTRY OF DEFAULT<br>AGAINST COUNTER-DEFENDANTS** |

NOW COMES Defendant/Counter-Plaintiff Asterra Labs LLC ("Asterra"), by and through its undersigned counsel of record, and hereby moves the Clerk pursuant to Fed. R. Civ. P. 55(a) for entry of default against all Counter-Defendants. In support of this motion, Asterra shows the Court as follows:

1. On July 25, 2025, Asterra filed its answer and counterclaims ("Counterclaim"), (ECF No. 14), against Plaintiff/Counter-Defendant MC Botanicals LLC ("MCB"), Plaintiff/Counter-Defendant MC Nutraceuticals LLC ("MCN"), Counter-Defendant MC Global Holdings LLC,

1

Counter-Defendant Bret C. Worley, and Counter-Defendant Jeffrey A. Worley in this action, asserting counterclaims for breach of contract; unfair and deceptive trade practices; fraud; abuse of process; veil piercing, alter ego, and mere instrumentality; civil RICO pursuant to 18 U.S.C. § 1961 *et seq.*; conspiracy to violate RICO pursuant to 18 U.S.C. § 1962(d); civil RICO pursuant to N.C. Gen. Stat. § 75D-1 *et seq.*; and civil conspiracy.

2. On August 15, 2025, all Counter-Defendants filed a motion to dismiss the Counterclaim pursuant to Fed. R. Civ. P. 12(b)(6), (ECF No. 20), along with a supporting memorandum of law, (ECF No. 21).

3. On September 5, 2025, Asterra filed an amended answer and counterclaims ("Amended Counterclaim") pursuant to Fed. R. Civ. P. 15(a)(1)(B), (ECF Nos. 23-24).

4. On September 5, 2025, all Counter-Defendants were properly served with Asterra's Amended Counterclaim, through their counsel of record, via CM/ECF to Jonah A. Garson (jag@parryfirm.com), K. Alan Parry, Jr. (kap@parryfirm.com), and Amos G. Tyndall (agt@parryfirm.com). A copy of the notice of electronic filing generated by CM/ECF showing service of Asterra's Amended Counterclaim on counsel for all Counter-Defendants is attached hereto as **EXHIBIT A** and incorporated by reference herein.

5. In accordance with Fed. R. Civ. P. 15(a)(3), Counter-Defendants were required to answer or otherwise respond to Asterra's Amended Counterclaim by September 19, 2025.

6. As of the date of filing this motion, none of the Counter-Defendants has served an answer, sought an extension of time to answer, or otherwise responded to Asterra's Amended Counterclaim.

7. MCB is not a minor or an incompetent person.

8. MCN is not a minor or an incompetent person.

2

9. Counter-Defendant MC Global Holdings LLC is not a minor or an incompetent person.

10. Counter-Defendant Bret C. Worley is not a minor or an incompetent person.

11. Counter-Defendant Jeffrey A. Worley is not a minor or an incompetent person.

12. Asterra is entitled to entry of default against all Counter-Defendants pursuant to Fed. R. Civ. P. 55(a).

WHEREFORE, Asterra respectfully requests that the Clerk:

1. Enter default against all Counter-Defendants in accordance with Fed. R. Civ. P. 55(a); and

2. Grant Asterra such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 26th day of September, 2025.

**PARKER BRYAN BRITT TANNER & JENKINS, P.L.L.C.**

ATTORNEYS FOR ASTERRA LABS LLC
AND RISE CAPITAL LLC

/s/ Alicia Jurney
Alicia Jurney
N.C. State Bar # 37133
P.O. Box 1069
Raleigh, North Carolina 27602
Telephone: (919) 833-3115
Facsimile: (919) 833-3116
Email: alicia@parkerbryanlaw.com

AEN

STATE OF ~~NORTH CAROLINA~~ Florida

COUNTY OF ____Polk____

**VERIFICATION**

I, ALICIA JURNEY, do hereby affirm, depose, and state that I am the attorney for Defendant/Counter-Plaintiff Asterra Labs LLC herein, that I have read the foregoing Asterra Labs LLC's Motion for Entry of Default Against Counter-Defendants and know the statements therein to be true of my own personal knowledge, except for those matters alleged upon information and belief, and as to those matters, I believe them to be true.

This the 26th day of September, 2025.

*Alicia Jurney*

ALICIA JURNEY
Attorney for Asterra Labs LLC

Sworn and subscribed before me this 26th day of September, 2025.

ALVARO EDMUNDO NIEVES
Notary Public

My Commission expires:

01/23/2029

ALVARO EDMUNDO NIEVES
Notary Public - State of Florida
Commission # HH630190
Expires on January 23, 2029

Notarized remotely online using communication technology via Proof.

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2025 a copy of the foregoing Asterra Labs LLC's Motion for Entry of Default Against Counter-Defendants was served upon all other parties in this cause by CM/ECF as follows:

Brandon S. Neuman
Nelson Mullins Riley & Scarborough, L.L.P.
brandon.neuman@nelsonmullins.com
*Attorney for Defendant Ryan McConnell*

Nathaniel J. Pencook
Nelson Mullins Riley & Scarborough, L.L.P.
nate.pencook@nelsonmullins.com
*Attorney for Defendant Ryan McConnell*

K. Alan Parry
Parry Law, P.L.L.C.
kap@parryfirm.com
*Attorney for Plaintiffs and Counter-Defendants*

Amos Tyndall
Parry Law, P.L.L.C.
agt@parryfirm.com
*Attorney for Plaintiffs and Counter-Defendants*

Jonah Garson
Parry Law, P.L.L.C.
jag@parryfirm.com
*Attorney for Plaintiffs and Counter-Defendants*

PARKER BRYAN BRITT
TANNER & JENKINS, P.L.L.C.

ATTORNEYS FOR ASTERRA LABS LLC
AND RISE CAPITAL LLC

/s/ Alicia Jurney
Alicia Jurney
N.C. State Bar # 37133
P.O. Box 1069
Raleigh, North Carolina 27602
Telephone: (919) 833-3115
Facsimile: (919) 833-3116
Email: alicia@parkerbryanlaw.com

5