IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-cv-00400-BO

| | | |
|---|---|---|
| MC BOTANICALS LLC and MC NUTRACEUTICALS LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ASTERRA LABS, LLC; RISE CAPITAL, LLC; and RYAN MCCONNELL; | ) ) ) ) | |
| Defendants. | ) ) ) ) | **SECOND JOINT REPORT PURSUANT TO SECTION H OF THE COURT'S CASE MANAGEMENT ORDER** |
| _____ ASTERRA LABS LLC, | ) ) | |
| Counterclaim-Plaintiff, V. | ) ) ) | |
| BRET C. WORLEY, JEFFREY A. WORLEY, MC BOTANICALS LLC, MC NUTRACEUTICALS LLC, A COLORADO LIMITED LIABILITY COMPANY, MC NUTRACEUTICALS LLC, A TEXAS LIMITED LIABILITY COMPANY, AND MC GLOBAL HOLDINGS LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

The parties, through their undersigned counsel, submit the following Second

Joint Report pursuant to Section H of the Court's Case Management Order (ECF 51).

1

(1) Other than Plaintiffs' pending motion to dismiss the amended counterclaims of Defendant/Counter-Plaintiff Asterra Labs LLC, (ECF No. 38), there are no pending motions in this matter as of the date of this report.

(2) The parties' efforts to resolve pending discovery disputes, which all relate to the parties' written discovery remain ongoing, and the parties are hopeful that they will be able to resolve them absent court intervention.

(3) There are no scheduling issues or other matters the parties desire to have addressed at the pretrial conference as of the date of this report.

(4) Because the parties' efforts to resolve pending discovery disputes remain ongoing, and because there are no other issues or matters the parties desire to have addressed by the court at a case management conference at this time, the parties request that the pretrial conference in this matter be continued further, or alternatively, be held by video conference for the sake of efficiency of the parties and the Court.

[No further text on this page]

2

This the 14th day of July, 2026.

PARRY LAW, PLLC

By: /s/ Jonah Garson
K. Alan Parry
State Bar No. 31343
Amos Tyndall
State Bar No. 19309
Jonah Garson
State Bar. No. 55547
The Europa Center
100 Europa Drive, Suite 351
Chapel Hill, NC 27517
Phone: 919.913.3320
kap@parryfirm.com
agt@parryfirm.com
jag@parryfirm.com

*Counsel for Plaintiffs MC Botanicals, LLC and MC Nutraceuticals, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Brandon S. Neuman
Brandon S. Neuman
N.C. State Bar No. 33590
Nathaniel J. Pencook
N.C. State Bar No. 52339
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
brandon.neuman@nelsonmullins.com
nate.pencook@nelsonmullins.com

*Attorneys for Defendant Ryan McConnell*

PARKER BRYAN BRITT TANNER & JENKINS, P.L.L.C.

By: /s/ Alicia Jurney
Alicia Jurney
N.C. State Bar No. 37133
Amy L. Britt
N.C. State Bar No. 33835
P.O. Box 1069
Raleigh, North Carolina 27602
Telephone: (919) 833-3115
alicia@parkerbryanlaw.com
amy@parkerbryanlaw.com

*Counsel for Asterra Labs LLC and Rise Capital LLC*

# CERTIFICATE OF SERVICE

3

I hereby certify that the foregoing document has been filed via the Court's CM/ECF system, which provides email notice to all counsel of record.

This 14th day of July 2026.

PARRY LAW, PLLC

By: /s/ Jonah Garson

Jonah Garson